**Order entered October 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00476-CV

### IN THE GUARDIANSHIP OF E.F.L., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-1586-2**

## ORDER

We **GRANT** appellant's October 7, 2014 third motion for an extension of time to file a brief. Appellant shall file her brief by **OCTOBER 24, 2014**. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE